**Order entered July 22, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00617-CV

### IN RE ANDREW WILKERSON, Relator

**Original Proceeding from the 301st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-19-21377**

### ORDER
Before Chief Justice Burns, Justice Molberg, and Justice Reichek

Before the Court is relator's July 21, 2021 petition for writ of mandamus. The record contains unredacted sensitive information, including the minor's name and birth date. We **STRIKE** the record and grant relator leave to re-file a record that complies with rule 9.9 of the Texas Rules of Appellate Procedure on or before **July 28, 2021**. We **CAUTION** relator that failure to re-file the record as permitted by this order may result in the dismissal of this cause without further notice.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE